*E-Filed: May 18, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ANTHONY MORAN, | No. C14-02641 HRL |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| MARTIN BITER; et al., | |
| Respondents. | |

Michael Anthony Moran filed this action on June 9, 2014. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Petitioner had until October 9, 2014 to serve Respondents. Petitioner has failed to do so.

Petitioner shall appear on June 23, 2015, at 10:00 am in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed for failure to prosecute. Petitioner shall file a Statement in response to this Order to Show Cause no later than June 16, 2015. The statement shall state (1) the status of Petitioner's efforts to serve Respondents; and (2) how much additional time, if any, is needed to serve Respondents. If, however, Respondents are served before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: May 18, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-02641 HRL Notice will be mailed to:**

Robert Joseph Beles    beleslaw@yahoo.com, manisha.daryani@gmail.com, p_mccarthy@sbcglobal.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**