*E-Filed: June 19, 2015*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MORAN,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN BITER, et al.,<br><br>Defendants. | Case No. 14-cv-02641-HRL<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 5 |

A Show Cause hearing is set for June 23, 2015. The court previously directed Petitioner to show cause why this case should not be dismissed for failure to prosecute. Petitioner filed a Statement in response to this Order to Show Cause on May 27, 2015. For good cause shown, the Order to Show Cause is discharged and the hearing set for June 23, 2015 is vacated.

**IT IS SO ORDERED.**

Dated: June 19, 2015

HOWARD R. LLOYD
United States Magistrate Judge